585 A.2d 355

STATE OF NEW JERSEY v. JAMES DAWSON.

July 17, 1990.

Petition for certification denied.

585 A.2d 355

STATE OF NEW JERSEY v. HECTOR VILLANUEVA.

July 17, 1990.

Petition for certification denied.

585 A.2d 355

STATE OF NEW JERSEY v. PASCAL DELGADO.

July 17, 1990.

Petition for certification denied.

585 A.2d 356

STATE OF NEW JERSEY v. SIDNEY B. AXAM.

July 17, 1990.

Petition for certification denied.

585 A.2d 356

STATE OF NEW JERSEY v. DEREK JOHNSON.

July 17, 1990.

Petition for certification denied.